MAY 22, 1989

▉

No. 88–1095. HOWE ET UX. *v.* NORCHEK OF NEWPORT, INC., DBA WOODY'S WHARF, ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

▉

No. 87–1994. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. *v.* LAWSON ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Thornburgh* v. *Abbott, ante,* p. 401. ▉

No. 88–284. DAIN BOSWORTH INC. *v.* JOHNSON ET AL. Ct. App. Minn. Motion of Securities Industry Association et al. for leave to file a brief as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rodriguez de Quijas* v. *Shearson/American Express, Inc., ante,* p. 477. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and this case. ▉

▉

No. — – ——. IN RE BYERS. Motion to order the Clerk to file petition for writ of habeas corpus and other relief denied.

No. — – ——. PHILLIPS PETROLEUM CO. *v.* GRAY ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–819. CRESCENZI *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–743. IN RE DISBARMENT OF CARTER. Disbarment entered. [For earlier order herein, see 488 U. S. 963.]